O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security,**<br><br>        Defendant. | NO. CV 13-4850-MAN<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: January 23, 2015

                                            *Margaret A. Nagle*
                                       MARGARET A. NAGLE
                            UNITED STATES MAGISTRATE JUDGE