# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA REYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 13-4850 MAN<br><br>**ORDER AWARDING EAJA FEES** |

Pursuant to the Stipulation For Award Of EAJA Fees ("Stipulation"), which was filed on March 25, 2015, IT IS ORDERED that Equal Access To Justice Act ("EAJA") fees are awarded in the amount of one thousand seven hundred seventy eight dollars and two cents ($1,788.02), subject to the provisions of the EAJA and the terms of the Stipulation.

Dated: March 31, 2015

　　　　　　　　　　　　　　　　　　/s/ Margaret A. Nagle
　　　　　　　　　　　　　　　　　　MARGARET A. NAGLE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE